1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. S B, | No. 2:20–cv–29–KJM–KJN PS |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (ECF No. 9) |
| JOHN PASCARELLA, | |
| Defendants. | |

On January 9, 2020, Defendant filed motions to dismiss and to change venue, setting each for a February 13 hearing. (ECF Nos. 4, 6, 8.) Plaintiff was obligated to file and serve a written opposition or statement of non-opposition by January 30, 2020. See L.R. 230(c). No opposition was submitted, and so the Court continued the hearing to March 5 and ordered Plaintiff to respond by February 20. Thereafter, Plaintiff requested an extension of 60 days to file the opposition, indicating he is seeking the assistance of counsel before he responds. (ECF No. 9.)

Finding good cause, the Court GRANTS the extension. Plaintiff shall file his opposition by April 16, 2020. Defendant's reply, if any, is due by April 23, 2020, and the hearing on these motions is CONTINUED to April 30, 2020, at 10:00 a.m., in Courtroom 25.

SO ORDERED.

Dated: February 4, 2020

nsb.29

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1