UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. S B.,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN PASCARELLA,<br><br>        Defendants. | No. 2:20–cv–29–KJM–KJN PS<br><br>ORDER DENYING ELECTRONIC FILING AND GRANTING EXTENSION OF TIME<br><br>(ECF Nos. 11, 12) |

    Plaintiff has moved for permission to file electronically. (ECF No. 12.) Generally, "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). Plaintiff's motion for electronic case filing does not provide any good cause for deviance from the Local Rule applicable to unrepresented litigants. As such, the motion is DENIED.

    Further, plaintiff has filed a second request for an extension of time to respond to defendant's pending motions, stating he was close to obtaining counsel but needs more time to finalize a retainer agreement. Finding good cause, the Court GRANTS the extension. Plaintiff shall file his opposition by June 18, 2020. Defendant's reply, if any, is due by June 25, 2020, and the hearing on these motions is CONTINUED to July 2, 2020, at 10:00 a.m., in Courtroom 25.

Dated: April 15, 2020

                                                                  KENDALL J. NEWMAN<br>
                                                                   UNITED STATES MAGISTRATE JUDGE