UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. S. B, <br><br> Plaintiff, <br><br> v. <br><br> JOHN PASCARELLA, <br><br> Defendants. | No. 2:20–cv–29–KJM–KJN PS <br><br> ORDER DENYING ELECTRONIC FILING <br><br> (ECF No. 14) |

   Plaintiff has moved for permission to file electronically; this is plaintiff's second request. (ECF No. 14.) Generally, "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). Plaintiff's motion for electronic case filing does not provide any good cause for deviance from the Local Rule applicable to unrepresented litigants. As such, the motion is DENIED.

Dated: May 12, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

nsb.29